# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN ERIC THOMAS, | ) |
| Plaintiff, | ) |
| vs. | ) 2:12-cv-238-JMS-DKL |
| CORRECTIONAL OFFICER BRADLEY KELLER, et al., | ) |
| Defendants. | ) |

### Entry and Order Directing Dismissal of Action

Plaintiff's complaint is accompanied by his request to proceed *in forma pauperis*. As set forth in *Thomas v. Donahue*, No. 2:08-cv-142-RLY-WGH (S.D. Ind. June 6, 2008), and again in *Thomas v. Buss*, 2:10-cv-154-JMS-DML (S.D. Ind. June 17, 2010), the plaintiff has "struck out" under 28 U.S.C. § 1915. The rulings in each of those cases set forth the specific information regarding the plaintiff's prior "strikes" as contemplated in *Evans v. Illinois Department of Corrections,* 150 F.3d 810 (7th Cir. 1998). This renders him ineligible to proceed *in forma pauperis*. These circumstances trigger the rule of *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999):

> An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal judge has held that § 1915(g) applies to a particular litigant will lead to immediate termination of the suit.

Accordingly, plaintiff's application to proceed *in forma pauperis* [2] is **denied** and this action is dismissed without prejudice.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 08/27/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**John Eric Thomas**
**DOC #137153**
**Wabash Valley Correctional Facility**
**6908 S. Old US Highway 41**
**Carlisle, IN 47838**